UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Athanasios Edmontson )
 )
v. ) NO. 3:13cv1046
 ) JUDGE Trauger
James L. Elkins, et al. )
 )

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/2/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk